MILDRED DU BOIS, Plaintiff, and FREDERICK DU BOIS, Appellant, v. SILVINO IOVINELLA, Respondent.—

If the parties are unable to agree as to the time when, place where and officer before whom the examination shall proceed, settle order on notice. Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.